(31 Abb. N. C. 482.)

### KING v. MUNZER.

(Superior Court of New York City, Special Term.   May, 1894.)

COSTS—STENOGRAPHER'S FEES.
   Where the stenographer's minutes are required by the court in reaching a decision, an order directing each party to pay half the expense, as provided by Code Civ. Proc. § 289, may be made at the trial or at any time thereafter.

Action by Bennett J. King against Alfred Munzer and others. A motion was made to require each party to pay half the expense of transcribing the stenographer's minutes.   Granted.

For decision on trial at equity term, see 28 N. Y. Supp. 587.

Blumenstiel & Hirsch, for plaintiff.
M. L. Erlanger, for defendant.

McADAM, J.   The decision in Griggs v. Guinn (Super. N. Y.) 21 N. Y. Supp. 451, applies only to trials before referees.   This action was tried at the special term of the court, and the stenographer's minutes were required in order to aid the court in reaching a decision.   Section 289 of the Code covers the case.   It authorizes the court to direct that one-half the expense be paid by each of the parties, and the amount so paid by compulsory order becomes a necessary disbursement.   The order may be made at the trial or at any time afterwards.   Abendroth v. Railroad Co., 9 Civ. Proc. R. 406.   The case cited is directly in point, and will be followed.   The order there will be granted here, to the end that the stenographer's fees be taxed as a disbursement.